IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MORTGAGE ELECTRONIC** | : | **CIVIL ACTION NO. 1:05-CV-2120** |
| **REGISTRATION SYSTEMS, INC.,** | : | |
| | : | **(Judge Conner)** |
| Plaintiff | : | |
| v. | : | |
| | : | |
| **MICHAEL A. VICK,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 19th day of April, 2006, upon consideration of plaintiff's "praecipe to issue writ of execution" (Doc. 10), and of the writ of execution (Doc. 11) issued by the Clerk of Court, and it appearing that default judgment has not been entered in this case, see FED. R. CIV. P. 55, and that by the order of court dated February 8, 2006 (Doc. 9), plaintiff was directed to file, on or before March 1, 2006, documents in support of its motion for default judgment (Doc. 6), see id. 52(b) ("[If] it is necessary to take an account or to determine the amount of damages or to establish the truth of any averment by evidence . . . the court may . . . order such references as it deems necessary and proper . . . ."), and it further appearing that as of the date of this order plaintiff has not filed any documents in support of its motion for default judgment, it is hereby ORDERED that:

1. The writ of execution (Doc. 11) is VACATED.

2. The "praecipe to issue writ of execution" (Doc. 10) is DENIED.

2. The motion for default judgment (Doc. 6) is DENIED.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge